**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

10-11900

☐ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: **Angel Perez**    JOINT DEBTOR: **Blanca A Perez**    CASE NO.:

Last Four Digits of SS# **xxx-xx-8132**    Last Four Digits of SS# **xxx-xx-4319**

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of **60** months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to the creditors pro-rata under the plan:

A. $ **434.50** for months **1** to **60** ;
B. $ _____ for months _____ to _____ ;
C. $ _____ for months _____ to _____ ; in order to pay the following creditors:

Administrative:  Attorney's Fee - $ **3,500.00**   TOTAL PAID $ **1,000.00**
                 Balance Due    $ **2,500.00**  payable $ 250.00 /month (Months **1** to **10** )

Secured Creditors: [Retain Liens pursuant to 11 USC § 1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

**-NONE-**   Arrearage on Petition Date $ _____
Address: _____     Arrears Payment $ _____ /month (Months _ to _)
Account No: _____  Regular Payment $ _____ /month (Months _ to _)

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED.  A SEPARATE MOTION (UTILIZING LOCAL FORM MOTION TO VALUE COLLATERAL IN PLAN) WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 AND LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| **-NONE-** | $ | % | $ | To | |

Priority Creditors: [as defined in 11 U.S.C. §507]

**-NONE-**   Total Due $ _____
             Payable  $ _____ /month (Months _ to _)   Regular Payment $ _____

Unsecured Creditors: Pay $ **145.00** /month (Months **1** to **10** ).$ **395.00** /month (Months **11** to **60** ).
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: **Palm Beach Memorial Park (#5590): Debtor will pay claim directly for burial plots. Capital City (#4170): Debtor is surrendering the Property located at Lot 12, Block 695, Citrus Springs Unit No 9 to Creditor.  Capital City (#3370): Debtor is surrendering the Property located at Unit 4, Block 385, Citrus Springs, Plat Book 5, Page 133 to Creditor. Capital City Bank (#6370): Debtor is surrendering the Property located at Lot 11, Block 458 of Citrus Springs Unit 5 to Creditor.  FDIC (#9101)- Ocala National Bank: Debtor is surrendering the Property located at Lots 26 and 27, Block 194, Rainbow Park, Unit 4 to Creditor.FDIC (#9301)- Ocala National Bank: Debtor is surrendering the Property located at Lot 22, sec 36 twp 17, Plat Bk O Page 53, Marion Oaks Unit 4, Block 537 in Marion County to Creditor. FDIC (#9701)- Ocala National Bank: Debtor is surrendering the Property located at Lot 24, Sec 35 Twp 15 Rge 19, Plat Book G, Rainbow Park Unit 3, Mario County, to Creditor.**

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

**/s/ Angel Perez**                           **/s/ Blanca A Perez**
**Angel Perez**                               **Blanca A Perez**
Debtor                                        Joint Debtor
Date:  **January 25, 2010**                   Date:  **January 25, 2010**

# CERTIFICATE OF NOTICE

```
District/off: 113C-9           User: eisenberg              Page 1 of 1                  Date Rcvd: Jan 29, 2010
Case: 10-11900                 Form ID: pdf008              Total Noticed: 12

The following entities were noticed by first class mail on Jan 31, 2010.
db/jdb       +Angel Perez,   Blanca A Perez,   82 Barbados Drive,   Lake Worth, FL 33461-2830
smg           Florida Department of Revenue,   POB 6668,   Bankruptcy Division,   Tallahassee, FL  32314-6668
87684524     +Bank Of America,   Po Box 17054,   Wilmington, DE 19850-7054
87684525     +Capital City,   Po Box 900,   Tallahassee, FL 32302-0900
87684526     +Capital City Bank,   Po Box 900,   Tallahassee, FL 32302-0900
87684527     +Chase,   Po Box 15298,   Wilmington, DE 19850-5298
87684528     +Citibank Usa,   Attn.: Centralized Bankruptcy,   Po Box 20507,   Kansas City, MO 64195-0507
87684529      FDIC- Ocala National Bank,   3001 SE Maricamb Road,   Ocala, FL 34471-6249
87684523    ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 21126,
               PHILADELPHIA PA 19114-0326
             (address filed with court:  I.R.S. (Special Procedures),   PO Box 17167, Stop 5760,
               Fort Lauderdale, FL 33318)
87684530     +Macys/fdsb,   Macy's Bankruptcy,   Po Box 8053,   Mason, OH 45040-8053
87684531     +Palm Beach Memorial Park,   3691 Seacrst Blvd,   Lake Worth, FL 33462-5199
87684532     +Unvl/citi,   Attn.: Centralized Bankruptcy,   Po Box 20507,   Kansas City, MO 64195-0507

The following entities were noticed by electronic transmission.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 31, 2010**               Signature:   _Joseph Speetjens_